UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOHEIDY JOSE GONZALEZ ALMONTE,<br><br>Defendant. | Affirmation in Support of Application for Order of Continuance<br><br>24 Mag. 2703 |

State of New York            )
County of New York          : ss.:
Southern District of New York )

Adam Sowlati, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2. The defendant was charged in a complaint dated July 25, 2024, with violations of 21 U.S.C. §§ 841 and 846 and 18 U.S.C. § 2. The defendant was arrested on July 24, 2024, and was presented in this District before Magistrate Judge Valerie Figueredo on July 25, 2024, at which proceeding the defendant was represented by Samidh Jalem Guha, Esq. and Kelly McGee, Esq., and ordered detained.

3. At the presentment on July 25, 2024, a preliminary hearing was scheduled for August 26, 2024, after defense counsel consented to extend the deadline within which to conduct

a preliminary hearing. Under the Speedy Trial Act, the Government had until August 23, 2024, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4.  On August 22, 2024, the Honorable Ona T. Wang, United States Magistrate Judge, issued a continuance of 30 days to September 23, 2024, to allow the parties to engage in further discussions about the disposition of this case.

4.  On September 23, 2024, the Honorable Katharine H. Parker, United States Magistrate Judge, issued a continuance of 30 days to October 23, 2024, to allow the parties to engage in further discussions about the disposition of this case.

5.  Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before October 23, 2024.

6.  Therefore, the Government requests a 30-day continuance until November 22, 2024, to continue the foregoing discussions toward resolving this matter. I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to November 22, 2024, and has specifically consented to this request.

7.  For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       October 22, 2024

_____
Adam Sowlati

Assistant United States Attorney
212-637-2438